# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| JACK J. BRYAN, | Civil No. 10-CV-4359 (SRN/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| FEDERAL BUREAU OF PRISONS, and WARDEN, | |
| Defendants. | |

Jack J. Bryan, 75523-011, Rochester Federal Medical Center, P.O. Box 4000, Rochester, MN 55903 PRO SE

Ana H. Voss and Gregory G. Brooker, Assistant United States Attorney, 600 United States Courthouse, 300 South Fourth Street, Minneapolis, MN 55415 for Defendant.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Tony N. Leung dated February 24, 2012 (Docket No. 14).  No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and upon all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that**:**

1. Petitioner's Petition for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 by a Person in Federal Custody (Docket No. 1) is **DENIED**;

2. Petitioner's Motion to Amend (Docket No. 11) is **DENIED**;

3. This action is **DISMISSED.**

   **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: March 20, 2012                               s/Susan Richard Nelson
                                                   SUSAN RICHARD NELSON
                                                   United States District Judge